IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| KRIS ALCORN, et al., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Civil Action No. 1:15CV02727-RDB |
| | ) |
| GEORGE MASON MORTGAGE, LLC, | ) |
| | ) |
| *Defendant*. | ) |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice, and it appearing to the Court for the reasons stated therein that the settlement terms reached between the parties are a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act and that the settlement represents a reasonable compromise over issues actually in dispute, it this 7th day of November, 2016 ORDERED that:

1. The Joint Motion for Approval of Settlement and Dismissal with Prejudice is GRANTED;

2. The terms of the parties' settlement is APPROVED;

2. This case and Plaintiffs' claim are DISMISSED WITH PREJUDICE; and

3. The Clerk of the Court CLOSE THIS CASE and transmit copies of this Order to Counsel.

_____
Richard D. Bennett
United States District Judge